# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 567 MAL 2016
                              :
                   Respondent :
                              : Petition for Allowance of Appeal from
                              : the Order of the Superior Court
              v.              :
                              :
                              :
                              :
KATHY ANN HOSLER,             :
                              :
                   Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.